IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01604-KLM

COVENANT AVIATION SECURITY, LLC,

    Plaintiff,

v.

HSS, INC., and
MICHAEL LANAM,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Amend Complaint** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Amended Complaint [#30-1] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated: November 14, 2014