IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01604-KLM

COVENANT AVIATION SECURITY, LLC,

      Plaintiff,

v.

HSS, INC., and
MICHAEL LANAM,

      Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion and Submission Regarding Unresolved Issue Related to Otherwise Stipulated Protective Order** [#33] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#33-13] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  December 12, 2014