IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01604-KLM

COVENANT AVIATION SECURITY, LLC,

    Plaintiff,

v.

HSS, INC., and
MICHAEL LANAM,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Restrict Access** [#36] (the "First Motion") and on Plaintiff's **Motion for Leave to Restrict Access** [#37] (the "Second Motion"). The First Motion was a misfile and only includes the first page of Plaintiff's request. Defendant Michael Lanam filed a Response [#38] to the Motion [#37], in which he states that he ultimately does not oppose the request, but does voice his "concerns" regarding designating these documents as confidential.

    In accordance with D.C.COLO.LCivR 7.2(d), the Second Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by Plaintiff's interest in privacy, and Plaintiff has shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the First Motion [#36] is **DENIED as moot**.

    IT IS HEREBY **ORDERED** that the Second Motion [#37] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following documents **UNDER RESTRICTION** at **LEVEL 1**:[1] Plaintiff's Exhibits [#37-1, #37-2, #37-3, #37-4, #37-5, #37-6, #37-7, #37-8, #37-9, #37-10, #37-11, #37-12].

    Dated: January 20, 2015

---

    [1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.