IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01604-KLM

COVENANT AVIATION SECURITY, LLC,

    Plaintiff,

v.

HSS, INC., and
MICHAEL LANAM,

    Defendants.

_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Stipulated Motion for Dismissal With Prejudice** [#48] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. In accordance with the Motion [#48],

IT IS HEREBY **ORDERED** that this action is **DISMISSED with prejudice**.

IT IS FURTHER **ORDERED** that each party shall bear his or its own costs and attorneys' fees.

IT IS FURTHER **ORDERED** that the Clerk's Office shall **CLOSE** this case.

Dated: March 30, 2015